# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO CHAIDES, | 1:09-cv-01111-DLB (HC) |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT FURTHER EVIDENCE IN RESPONSE TO PETITION |
| v. | |
| | [Doc. 1] |
| HECTOR RIOS, Warden | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

Petitioner filed the instant petition for writ of habeas corpus on June 24, 2009, and contends, among other things, that he has been denied an individualized determination regarding placement in an RRC pursuant to the factors outline in 18 U.S.C. § 3621(b).

Respondent filed an answer to the petition on December 17, 2009, and Petitioner has not filed a traverse.

It is not clear from reviewing the Petition and Answer whether Petitioner has had an individualized determination pursuant to 18 U.S.C. section 3621(b) for placement in an RRC. Accordingly, it is HEREBY ORDERED that within thirty (30) days, Respondent shall submit a

supplemental brief indicating whether Petitioner has received consideration for placement in an RRC, and the status of such determination with supporting documentation.

IT IS SO ORDERED.

Dated: **February 1, 2010**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE